69876. McCRARY v. THE STATE.
(330 SE2d 429)

DEEN, Presiding Judge.

The appellant, Michael McCrary, brings this direct appeal from the order of August 23, 1984, revoking his probation because of a violation of the Georgia Controlled Substances Act. Effective July 1, 1984, however, all appeals from orders revoking probation require an application for discretionary appeal. OCGA § 5-6-35 (a) (5). Accordingly, the appeal must be dismissed.

*Appeal dismissed. Pope and Beasley, JJ., concur.*

DECIDED APRIL 4, 1985.

Michael R. McCrary, *pro se.*
*Thomas C. Lawler III, District Attorney, Daniel J. Porter, Assistant District Attorney*, for appellee.